## Ezekial Edwards, Appellant, v. Elijah Etter, Appellee.

### (Not to be reported in full.)

Appeal from the County Court of Morgan county; the Hon. EDWARD P. BROCKHOUSE, Judge, presiding. Heard in this court at the October term, 1912. Reversed. Opinion filed October 16, 1913.

### Statement of the Case.

Action by Elijah Etter against Ezekial Edwards to recover a commission alleged to be due the plaintiff for services rendered in procuring a purchaser for defendant's farm. From a judgment in favor of plain-

tiff for two hundred and seventy dollars, defendant appeals.

EDWARD C. KNOTTS and WALKER & WOODS, for appellant.

WILLIAM N. HAIRGROVE, for appellee; ROBERT TILTON, of counsel.

MR. PRESIDING JUSTICE PHILBRICK delivered the opinion of the court.

## Abstract of the Decision.

1. BROKERS, § 37*—*when broker not the procuring cause in securing a purchaser for a farm.* In an action to recover a commission for procuring a purchaser for defendant's farm, the declaration alleging that the farm was listed with plaintiff to sell at one hundred and twenty dollars per acre, a verdict for plaintiff *held* to be manifestly contrary to the evidence, the evidence showing that the farm was sold for one hundred and five dollars per acre by the defendant and there being no evidence that plaintiff ever informed defendant that the person making the purchase was a prospective buyer, or that the farm was sold by defendant at a less price than one hundred and twenty dollars per acre with any intention to deprive plaintiff of a commission.

2. BROKERS, § 36*—*sufficiency of performance by broker to entitle him to a commission.* To entitle a broker to a commission he must be the efficient cause in either effecting a sale, or in finding a buyer who is ready, willing and able to buy at the stipulated price, or to whom the owner afterwards sells.